IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**THEOPHINE FERNANDEZ, #A226-117-894**                   **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO. 5:25cv130-DCB-BWR**

**BRIAN ACUNA, et al.**                                                 **RESPONDENTS**

## ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*. *Pro se* Petitioner Theophine Fernandez is an alien detainee in the custody of the Department of Homeland Security. He filed a Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, but it was not signed or verified as required by 28 U.S.C. § 2242. Since the Petition is not verified, it is insufficient to invoke federal habeas jurisdiction. *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971). Because the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Fernandez a copy of the Petition. No later than February 9, 2026, he shall sign the document under oath and file it with the Court.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court shall mail *pro se* Petitioner Theophine Fernandez a copy of the Petition [1] along with a copy of this Order. Petitioner shall sign the Petition under oath and file it with the Court **no later than February 9, 2026**. Petitioner is warned that failure to timely comply with any Order of the Court or to keep the Court informed of Petitioner's current address may result in the pleadings being stricken and dismissal of this cause.

**SO ORDERED**, this the 26th day of January, 2026.

                                                       *s/ Bradley W. Rath*
                                                       BRADLEY W. RATH
                                                       UNITED STATES MAGISTRATE JUDGE